IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ATUNDO KANILI,
    Plaintiff,

vs.            CASE NO.: 3:05cv65/MCR/MD

LARRY W. CASKEY, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff initiated this case through the filing of a civil rights complaint in February of 2005.  Plaintiff was ordered to amend his complaint because it failed to state a claim against any of the named defendants (doc. 5).  Plaintiff did not file an amended complaint or otherwise respond.  Therefore, the court entered an order directing plaintiff to show cause why this case should not be dismissed for his failure to comply (doc. 7).  The order was returned as plaintiff had been released from the custody of the Okaloosa County Jail.  He failed to notify the court or provide a current address.  The court then entered an order directing plaintiff to file his amended complaint or the action would be dismissed, without further notice (doc. 9).  Plaintiff responded by letter but still failed to file an amended complaint.  He was given one final opportunity to comply (doc. 10) before dismissal of this action.  However, there has been no response from plaintiff to date.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be dismissed for failure to prosecute and failure to comply with an order of the court.

    At Pensacola, Florida, this 25th day of August, 2005.


            /s/ *Miles Davis*
            **MILES DAVIS**
            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).